## DISCIPLINARY DOCKET

**96–2372.  Cincinnati Bar Assn. v. Brown.**
This cause came on for further consideration upon the filing by respondent of a motion to release bond. Upon consideration thereof,
  IT IS HEREBY ORDERED that the motion be, and hereby is, granted.

**99–1162.  Cuyahoga Cty. Bar Assn. v. Nigolian.**
On October 27, 1999, this court suspended respondent, N. Stephen Nigolian, a.k.a. Nigol Stephen Nigolian, from the practice of law for a period of one year with six months stayed on conditions. On January 9, 2001, relator, Cuyahoga County Bar Association, filed a motion for an order to appear and show cause why respondent should not be held in contempt. On February 15, 2001, this court granted the motion and ordered respondent to file a written response to the motion. On March 6, 2001, respondent filed a response to the show cause order. Upon consideration thereof,
  IT IS HEREBY ORDERED by the court that compliance has been shown and the show cause proceedings are hereby dismissed.

**00–2277.  In re Mudrick.**
On January 25, 2001, this court suspended respondent, Robert S. Mudrick, from the practice of law pursuant to Gov.Bar R. V(5) and referred the matter to the Office of Disciplinary Counsel for investigation and commencement of disciplinary proceedings. On March 28, 2001, the Office of Disciplinary Counsel filed a notice to the court. Upon consideration thereof,
  IT IS HEREBY ORDERED, *sua sponte,* that this matter be referred to the Akron Bar Association for investigation and commencement of disciplinary proceedings.

*Wednesday, April 11, 2001*

## MERIT DOCKET

**01–355.  State ex rel. Ross v. Ghee.**
In Mandamus. On answer of respondent. On S.Ct.Prac.R. X(5) determination, cause dismissed.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–405.  Douglas v. Henson.**
In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–471.  Gilbert v. Croft.**
In Habeas Corpus. On petition for writ of habeas corpus by Cal Gilbert. *Sua sponte,* cause dismissed.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–473.  Hagler v. Carter.**
In Habeas Corpus. On petition for writ of habeas corpus by Etienne Hagler. *Sua sponte,* cause dismissed.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–490.  Bristow v. Carter.**
In Habeas Corpus. On petition for writ of habeas corpus by Lonny Lee Bristow. *Sua sponte,* cause dismissed.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.
  COOK, J., not participating.